■ In the Matter of the Construction of the Will of TINA H. HALE, Deceased.— Motion for final dismissal of appeal denied and appeal added to calendar for argument on May 11, 1961, and motion to extend time for filing records and briefs granted to the extent that time for filing and serving appellants' brief is extended to and including May 18, 1961 and time for filing and

serving respondent's brief is extended to and including May 25, 1961. Briefs will not be accepted from either appellants or respondent unless served and filed as herein provided.